AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE TARGET PERSON AS FULLY DESCRIBED IN ATTACHMENTS A | ) ) ) ) ) ) ) Case No. 26-135 (M) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     -     District of     Puerto Rico     
*(identify the person or describe the property to be searched and give its location)*:

**See Attachment A (Enclosed as reference from the Affidavit)**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**See Attachment B (Enclosed as reference from the Affidavit)**

**YOU ARE COMMANDED** to execute this warrant on or before     March 5, 2026     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     United States Magistrate Judge on duty     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     02/19/2026 at 7:01 p.m.     _____
*Judge's signature*

City and state:     San Juan, Puerto Rico     Hon. Héctor Ramos Vega, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 26-135 (M) | Date and time warrant executed: March 5th 2026 | Copy of warrant and inventory left with: USPIS San Juan Domicile |

Inventory made in the presence of:
Alanys Resto Bracero, TFO J. Cuesta

Inventory of the property taken and name of any person(s) seized:

1 iPhone 13  #Serial H302M3V9G5
Pink

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 5th 2026

Lt. Felix Rivera, TFO
_Executing officer's signature_

~~James M. Keenan, US Postal Inspector~~
_Printed name and title_